# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Raymond Cosme | § | Case No. 06-31209-BJH-7 |
| | § | |
| | § | |
| Debtor. | § | (Chapter 7) |

## DEBTOR'S AFFIDAVIT

Before me, the undersigned authority, on this date, personally appeared Raymond Cosme who, upon being duly sworn, stated:

1. My name is Raymond Cosme. I am a debtor in the above-referenced bankruptcy case. I am over the age of 21 years and I am otherwise competent to make this affidavit. The statements made herein are based on my personal knowledge and are true and correct.

2. Inasmuch as I am self employed, I have not received a payment advice or any other payment from any employer within the sixty (60) days before the date of the filing of my voluntary petition under Chapter 7 of Title 11 of the United States Code.

FURTHER, AFFIANT SAID NOT.

_Raymond Cosme_
By: Raymond Cosme

-2-

State of Texas

County of Dallas

BEFORE ME, the undersigned authority, on this day personally appeared Raymond Cosme, who, being by me duly sworn that he had read the above affidavit and that the statements contained herein are true and correct.

SUBSCRIBED AND SWORN to before me this 5 day of April, 2006.

Patricia Howle
Notary Public in and for
the State of Texas

My commission expires:

3-13-2007